**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CR 10-183-PHX-ROS |
| | ) | |
| Casey Robert Weiler, | ) | **DETENTION ORDER** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On March 31, 2010, defendant Casey Robert Weiler appeared before this Court on a petition to revoke conditions of release. The Court considered the information provided to the Court, and the arguments of counsel, in determining whether the defendant should be released on conditions set by the Court. Defendant admitted that he had violated his conditions of release as alleged but he requested that he be released on a stricter condition of home arrest.

The Court finds, by clear and convincing evidence, that the defendant has violated the conditions of release and that there is no condition or combination of conditions available to the Court. 18 U.S.C. § 3148(b). The Court further finds, for the reasons stated on the record, that the Defendant is unlikely to abide by any conditions.

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings.

DATED this 1st day of April, 2010.

David K. Duncan
United States Magistrate Judge